**Order entered January 2, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00878-CV

## IN THE ESTATE OF GARY WAYNE LUNA

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-15-04253-1**

## ORDER

Before the Court is appellee's December 21, 2017 motion for leave to supplement the clerk's record. We **GRANT** the motion. We **ORDER** Dallas County Clerk John Warren to file, by **January 11, 2018**, a supplemental clerk's record with the items designated in "Plaintiff's Request to Prepare Supplemental Clerk's Record" filed with the trial court on December 21, 2017.

We **DIRECT** the Clerk of this Court to send a copy of this order to Mr. Warren and all parties.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE